# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 11-3310

_____

Mark Henderson,                                    *
                                                   *
                Appellant,                         *
                                                   *
        v.                                         *
                                                   *
Ray Hobbs, Director, Arkansas                      *    Appeal from the United States
Department of Correction; Larry May,               *    District Court for the
Deputy Assistant Director, Arkansas                *    Eastern District of Arkansas.
Department of Correction; William                  *
Straughn, Warden, Maximum Security                 *    [UNPUBLISHED]
Unit, ADC; Steve Outlaw, Assistant                 *
Warden, Maximum Security Unit,                     *
ADC; Terry Murphy, Maintenance                     *
Supervisor, Maximum Security Unit,                 *
ADC; David White, Former Warden,                   *
Maximum Security Unit, ADC,                        *
                                                   *
                Appellees.                         *

_____

Submitted: March 22, 2012
Filed: March 23, 2012

_____

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mark Henderson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, see Mason v. Corr. Med. Servs., Inc., 559 F.3d 880, 884-85 (8th Cir. 2009), we conclude that summary judgment was properly granted by the district court.

Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.